IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-2141-JWL |
| | ) | |
| MELVIN L. GERSTENKORN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**AGREED JUDGMENT**

The Court has determined that judgment should be entered consistent with the agreement

of the plaintiff, the United States of America, and the defendant, Melvin L. Gerstenkorn, which

resolves the United States' complaint.  According, the Court finds as follows:

1.  Defendant Melvin L. Gerstenkorn resides in Topeka, Kansas, within the jurisdiction

of this Court, and has properly been served with a summons and a copy of the complaint in this

action.

2.  On or about March 18, 2005, Gerstenkorn signed and filed IRS Form 1040EZ federal

income tax returns with the IRS for the 2001- 2004 taxable years.

3.   Implementing the tax scheme promoted by Peter Eric Hendrickson, defendant

Gerstenkorn's self-prepared tax returns incorrectly stated that he had no (1) wages, tips or

salaries; (2) adjusted gross income; or (3) taxable income during each of the 2001-2004 tax

years.

4.  Contrary to the representations made on the Form 4852 attached to his income tax

returns, defendant Gerstenkorn <u>did</u> receive IRS Form W-2 Wage and Tax Statements for the

1959517.1

2001, 2002, 2003 and 2004 tax years from his employers (which included Nesco Service

Company, Interim Personnel of Jackson, Excel Temporary Services, Labor Pros - Independence,

Express Services, Inc., Spherion 4, Business Personnel Services, Inc., Midwest Staff Solutions,

and Toys R Us) that correctly reported his wages and the federal income, social security and

Medicare taxes withheld from those wages.

5.   Defendant Gerstenkorn did not attach the W-2 forms that he received from his

employers to his tax returns or otherwise submit them to the IRS.  Instead, he attached IRS

Forms 4852 ("Substitute for Form W-2, Wage and Tax Statement, etc.,") to his 2001, 2002, 2003

and 2004 Form 1040EZ tax returns, signed each Form 4852 under penalty of perjury, and

incorrectly stated on each Form 4852 that each of his employers had paid him no (a) wages; (b)

social security wages; or (3) Medicare wages during 2001, 2002, 2003 and 2004.

6.   On the following dates, based on defendant Gerstenkorn's misrepresentations as

described above, the Treasury Department issued the following tax refunds to Gerstenkorn:

| Date | Tax Year | Amount of tax refund |
|------|----------|----------------------|
| May 27, 2005 | 2001 | $ 507.67 |
| May 6, 2005 | 2002 | $ 553.00 |
| May 6, 2005 | 2003 | $ 193.90 |
| May 6, 2005 | 2004 | $1,020.90 |
| | Total: | $2,275.47 |

7.   Defendant Gerstenkorn obtained the four tax refunds described in paragraph 6, above,

which total $2,275.47, by misrepresentation of material facts as described above.

8.   Because Gerstenkorn misrepresented, on his 2001- 2004 Form 1040EZ tax returns that

1959517.1

he received no wages, salaries or other income during 2002, 2003 and 2004, and claimed credit

for the federal income taxes that were withheld from his wages or salary for the 2001-2004 tax

years, the IRS should not have issued the refunds, and therefore the issuance of the refunds for

each of the 2001 ($507.67), 2002 ($553.00), 2003 ($193.90) and 2004 ($1,020.90) tax years was

erroneous.   Accordingly, it is ORDERED that:

9.   As a result of the erroneous refund for the 2001 tax year, the United States is entitled

to judgment against the defendant, Melvin L. Gerstenkorn, in the amount of $507.67, plus

interest from May 27, 2005, to the date of payment as provided by law.

10.   As a result of the erroneous refunds for the 2002, 2003 and 2004 tax years, the

United States is entitled to judgment against the defendant, Melvin L. Gerstenkorn, in the total

amount of $1,767.80, plus interest from May 6, 2005, to the date of payment as provided by law.


IT IS SO ORDERED this 10th  day of October, 2006.



s/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

1959517.1